**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | No. 06-7222M |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Harry Pioquinto-Narcizco, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This Court has received and considered Defendant's Motion to Extend Time To Indict (Doc. #8). The Motion will be denied for failing to comply with the requirements of 18 U.S.C. § 3161(h)(8)(A) and (B) to obtain an extension of time to indict. *See United States v. Ramirez-Cortez*, 213 F.3d 1149 (9th Cir. 2000).

DATED this 26th day of September, 2006.

_____
David K. Duncan
United States Magistrate Judge